FRANCISCA RUIZ and MARY GARATEZ, as Administrators, etc., of BERNABE RUIZ, Deceased, Appellants, v. PEEKSKILL MOTOR BUS CORPORATION, Respondent.— Judgment reversed on the law and order setting aside the verdict reversed on the law and the facts and verdict reinstated, with costs, and judgment directed

---

*Affd. 264 N. Y. 641.

on the verdict for the plaintiffs, with costs, on the ground that the evidence presented questions of fact on the issues of negligence and contributory negligence, and the verdict of the jury in favor of plaintiffs was not against the weight of evidence or against the law. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.